IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NUMBER 98-121-1 |
| | : |
| MICHAEL MAKNOJIA | : |
| USM# 51650-066 | : |

## ORDER

AND NOW this 18th day of December, 2014, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 188 months, effective November 1, 2015.

BY THE COURT:

_____
THE HONORABLE HARVEY BARTLE, III
Senior United States District Court Judge

Copy to US Marshal (2)